IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
:
JANE DOE, :
:
    Plaintiff :
:
v. :    Civil Action No. 8:25-cv-114
:
RINTU RAJ YEALURI (A/K/A RINTU RAJ :
YELURI), *et al.* :
:
    Defendants :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## PLAINTIFF'S MOTION FOR LEAVE TO PROCEED UNDER PSEUDONYM AND FOR ENTRY OF A PROTECTIVE ORDER

Plaintiff Jane Doe, by counsel, respectfully moves for leave to proceed under a pseudonym in this action and for entry of a Protective Order prohibiting Defendants, counsel, or any other interested or involved parties from disclosing Plaintiff's identity or place of residence. The grounds for this Motion are explained in the accompanying Memorandum of Law. A proposed Order is attached as Exhibit B to the Memorandum of Law.

Dated: January 13, 2025

        Respectfully submitted,

        /s/ Charlotte E. Leszinske

        Charlotte E. Leszinske, Esq. (Bar No. 31360)
        Casey Coffey, Esq. (*pro hac vice* pending)
        Hunton Andrews Kurth, LLP
        2200 Pennsylvania Avenue, NW Suite 900
        Washington, DC 20037
        202-955-1500

        Robert M. Rolfe, Esq. (*pro hac vice* pending)
        M. Christine Klein, Esq. (*pro hac vice pending*)
        Hunton Andrews Kurth LLP
        Riverfront Plaza/East Tower
        951 East Byrd Street
        Richmond, VA 23219
        804-788-8200

        *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 13th day of January, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to all attorneys of record in this matter, and in addition a copy of this motion will be served on each Defendant by way of process server along with the Complaint filed contemporaneously herewith.

/s/ Charlotte E. Leszinske

Charlotte E. Leszinske, Esq. (Bar No. 31360)
Hunton Andrews Kurth, LLP
2200 Pennsylvania Avenue, NW Suite 900
Washington, DC 20037
202-955-1500