IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

------------------------------------X
:
JANE DOE, :
:
    Plaintiff :
:
v. : Civil Action No. 8:25-cv-114
:
RINTU RAJ YEALURI (A/K/A RINTU RAJ :
YELURI), *et al.*, :
:
    Defendants :
:
:
:
------------------------------------X

## ORDER

Upon consideration of Plaintiff's Motion to Proceed Under Pseudonym and for Entry of a Protective Order, it is ORDERED that Plaintiff's Motion is GRANTED and it is further ORDERED that:

1. Plaintiff may proceed pseudonymously as "Jane Doe," without revealing her true identity and place of residence on the public court docket.

2. Defendants and their counsel and representatives are prohibited from disclosing Plaintiff's true identity or place of residence to anyone unless that person first executes a non-disclosure agreement enforceable through the contempt sanction. This applies to any disclosure in the course of any investigation taken by Defendants, their counsel, or their agents or representatives.

3. All papers filed with this Court or disseminated to any person who has not executed a non-disclosure agreement enforceable through the contempt sanction shall use the pseudonym

"Jane Doe" to refer to the Plaintiff, or shall redact her true name.

4. Any papers that identify Plaintiff's true identity shall be filed under seal, with redacted copies placed in the public files.

5. Defendants shall disclose to Plaintiff's counsel any person to whom Defendants, their counsel or representatives have disclosed Plaintiff's true identity, and shall provide Plaintiff's counsel with copies of the executed non-disclosure agreements required by this Order.

6. The parties shall be permitted to notice depositions, depose witnesses, and conduct other discovery using the "Jane Doe" pseudonym. In deposing any witnesses who do not know Plaintiff's true identity, the "Jane Doe" pseudonym shall be used. In deposing any witnesses who already know Plaintiff's true identity, Plaintiff's actual may be used, but the "Jane Doe" pseudonym must be used in any transcript of those depositions.

Date: January 30, 2025

Theodore D. Chuang,
U.S. District Judge